

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00338-CV

| | | |
|---|---|---|
| In the Matter of L.W. | § | From County Court at Law No. 2 |
| | § | of Wichita County (38856-LR) |
| | § | January 9, 2015 |
| | § | Opinion by Justice Walker |
| | § | Dissent by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial to a jury to be conducted within fourteen days of the date of our judgment. If such action is not taken within that time, appellant shall be discharged.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
      Justice Sue Walker